UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMIE CONRAD, | Civil No. C20-6195-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for a new hearing and further administrative proceedings, including but not limited to the following: the Administrative Law Judge will reassess Plaintiff's residual functional capacity, consistent with 20 C.F.R. §§ 404.1545, 416.945, SSR 85-15 and SSR 96-8p; to ensure a significant number of jobs are available in the national and/or regional economy that Plaintiff can still perform, given her age, education, work experience, and residual functional capacity; and confirm the VE resolves any conflicts with the Dictionary of Occupational Titles (DOT), consistent with Social Security Ruling 00-4p.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 12th day of October, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov

Page 2    ORDER - [C20-6195-MLP]